UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIA GARCIA ARGUELLO COSBY,

    Plaintiff,

v.                     CASE: 5:20-CV-00069-TKW-MJF

MHM HEALTH PROFESSIONALS, LLC
d/b/a CENTURION OF FLORIDA,

    Defendant.
_____/

**MHM HEALTH PROFESSIONALS, LLC'S
<u>RULE 26(a)(1)(A) DISCLOSURES</u>**

Defendant MHM Health Professionals, LLC ("MHMHP"),[1] by and through its undersigned counsel, hereby serves its disclosures pursuant to Rule 26(a)(1). MHMHP reserves the right to modify or supplement these disclosures as discovery progresses.

**26(a)(1)(A)(i):**    **Individuals Likely to Have Discoverable Information That Defendant May Use to Support Its Defenses:**

1.    Maria Cosby
c/o Marie A. Mattox
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
(850) 641-8988
Has knowledge regarding Plaintiff's employment, resignation and allegations contained in the Complaint.

---

[1] MHMHP does not do business as Centurion of Florida.

2. Tara Johnson
███████████████

Has knowledge regarding Plaintiff's employment, resignation and allegations contained in the Complaint.

3. Brandi Blocker
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
molloyk@gtlaw.com
(813) 318-5710
Has knowledge regarding Plaintiff's employment, resignation and allegations contained in the Complaint.

4. Sarah Brus
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
molloyk@gtlaw.com
(813) 318-5710
Has knowledge regarding Plaintiff's employment, resignation and allegations contained in the Complaint.

5. Martha Mason
███████████████

Has knowledge regarding Plaintiff's employment and allegations contained in the Complaint.

6. Lisa Lynch
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602

       molloyk@gtlaw.com
       (813) 318-5710
       Has knowledge regarding Plaintiff's employment, resignation and allegations contained in the Complaint.

7. Kathleen Douin
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   molloyk@gtlaw.com
   (813) 318-5710
   Has knowledge regarding Plaintiff's employment, resignation and allegations contained in the Complaint.

8. Diane Vendryes
   c/o Marie A. Mattox
   MARIE A. MATTOX, P.A.
   203 North Gadsden Street
   Tallahassee, FL 32301
   (850) 641-8988
   Has knowledge regarding Plaintiff's employment and allegations contained in the Complaint.

9. Kimberly Prescott
   [REDACTED]
   Has knowledge regarding Plaintiff's employment and allegations contained in the Complaint.

10. David Maddox
   c/o Florida Department of Corrections
   501 South Calhoun Street
   Tallahassee, FL 32399-2500
   Main: (850) 488-5021
   Has knowledge regarding Plaintiff's employment and allegations contained in the Complaint.

11. All individuals identified in Plaintiff's Rule 26(a)(1)(A) Disclosure

    12.     All individuals identified by Plaintiff during the course of discovery

    13.     All individuals identified by Defendant during the course of discovery.

**26(a)(1)(A)(ii):**     **Documents, Data Compilations, and Tangible Things in the Possession, Custody, or Control of Defendant That It May Use to Support Its Defenses:**

    1.     Plaintiff's personnel file with MHMHP;

    2.     All documents received via Chapter 119, *Fla. Stat.* public records requests and/or Freedom of Information Act requests;

    3.     MHMHP's Employee Handbook & Code of Business Conduct; and

    4.     All documents produced in discovery.

**26(a)(1)(A)(iii):**     **Computation of Categories of Damages:**

MHMHP reserves the right to seek its attorneys' fees and costs attendant to the defense of this case under any available statutory provisions. The amount of fees that may be claimed is currently unknown.

**26(a)(1)(A)(iv):**     **Insurance Disclosure:**

MHMHP will make available for inspection and copying any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    Respectfully submitted,

    /s/Catherine H. Molloy
    Richard C. McCrea, Jr.
    Florida Bar No. 351539
    Email: mccrear@gtlaw.com

Catherine H. Molloy
Florida Bar No. 3500
Email: molloyk@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL  33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendant MHM Health Professionals, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically transmitted on April 13, 2020 to the following:

Marie A. Mattox
Adam Ellis
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, FL  32303
Marie@mattoxlaw.com
Adam@mattoxlaw.com
marlene@mattoxlaw.com
michelle2@mattoxlaw.com
jervonie@mattoxlaw.com

/s/Catherine H. Molloy
Attorney