UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIA GARCIA ARGUELLO COSBY,

    Plaintiff,

v.                           CASE: 5:20-CV-00069-TKW-MJF

MHM HEALTH PROFESSIONALS, LLC
d/b/a CENTURION OF FLORIDA,

    Defendant.
_____/

## AMENDED NOTICE OF MEDIATION VIA ZOOM

Defendant MHM Health Professionals, LLC ("MHMHP" or "Defendant")[1], by and through its undersigned counsel through its undersigned counsel, hereby files this Amended Notice of Mediation in the above-styled matter, and states that the parties have agreed to mediate this matter via Zoom, a video conference platform, before Mediator Kay Wolf, 801 Silver Drive Orlando, FL 32804, on Thursday, October 15, 2020, beginning at 10:00 a.m. EST.

Respectfully submitted this 30th day of July, 2020.

Respectfully submitted,

---

[1] MHMHP does not do business as "Centurion of Florida."

/s/Catherine H. Molloy
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Email: molloyk@gtlaw.com
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 30, 2020 the foregoing document was electronically served to all counsel of record:

Marie A. Mattox
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
marie@mattoxlaw.com
michelle2@mattoxlaw.com
marlene@mattoxlaw.com

/s/Catherine H. Molloy
Attorney

ACTIVE 51722312v1