# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City DIVISION

**MARIA GARCIA ARGUELLO COSBY,**

    Plaintiff,

v.                                             CASE NO. 5:20cv69-TKW/MJF

**MHM HEALTH PROFESSIONALS, LLC,**

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a), the parties, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with each party bearing her or its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/Adam Ellis | /s/Richard C. McCrea, Jr. |
| Adam Ellis; FBN 35628 | Richard C. McCrea, Jr. |
| MARIE A. MATTOX, P. A. | Florida Bar No. 351539 |
| 203 North Gadsden Street | Email: mccrear@gtlaw.com |
| Tallahassee, FL 32301 | Catherine H. Molloy |
| Telephone: (850) 383-4800 | Email: molloyk@gtlaw.com |
| Facsimile: (850) 383-4801 | Florida Bar No. 33500 |
| adam@mattoxlaw.com | Email: molloyk@gtlaw.com |
| *Attorneys for Plaintiff* | Cayla M. Page |
| | |
| | Florida Bar No. 1003487 |
| | Email: pagec@gtlaw.com |
| | **GREENBERG TRAURIG, P.A.** |
| | 101 E. Kennedy Boulevard |

Suite 1900
Tampa, Florida 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendant*